167

02CR62mf

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

FILED
2005 NOV -2 A 10: 58

DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA
    Plaintiff

Vs.                                        CASE NO.: 3:02-CR-00062-AWT-1

SERGIO TORRES
    Defendant,
_____/

## MOTION FOR THE RETURN OF PROPERTY
## PURSUANT TO RULE 41 (g) OF THE
## FEDERAL RULES OF CRIMINAL PROCEDURES

COMES NOW, the Defendant, Sergio Torres, and acting in a Pro-se status, motions this Honorable Court for the return of $8,000.00 in U.S. Currency, 2 photos and miscellaneous documents that were seized by the DEA on April 10th, 2002. The Defendant states the following in support of this motion for the return of such property.

### FACTUAL BACKGROUND

On April 10th, 2002, Officers of the DEA and in connection to the investigation of this criminal case, executed a search warrant at the residence of 275 Ray Road, New Haven, Connecticut. Upon the execution of such search warrant, the DEA seized $8,000.00 in U.S. Currency and 2 photos as well as numerous miscellaneous documents, see attached copy report for cash or other items. Thereafter, the Defendant was indicted and ultimately the Defendant plead guilty and was sentence to a term of 235 months imprisonment for violating 21 U.S.C. § 841 and 846.

DENIED, as moot, based on the government's report that the property has been returned. It is so ordered.

4/11/06

Hartford, CT

Alvin W. Thompson U.S.D.J.

02CR62 end 167