**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
UNITED STATES OF AMERICA       :
                              :
v.                             :     CRIM. NO. 3:02CR00062(AWT)
                              :
SERGIO TORRES                  :
                              :
------------------------------x
```

**NOTICE TO COUNSEL**

The Court of Appeals has remanded this case for further proceedings in conformity with United States v. Crosby, 397 F.3d 103 (2d Cir. 2005).  Accordingly, by no later than January 11, 2007, the defendant shall either (1) notify the court in writing that he will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 543 U.S. 220 (2005).  See Crosby, 397 F.3d at 118-20.  If the defendant files a memorandum contending that the court should have imposed a nontrivially different sentence, the government shall file a response within 21 days of the filing of the defendant's memorandum.

It is so ordered.

Dated this 11th day of December 2006 at Hartford, Connecticut.

                              /s/AWT
                         Alvin W. Thompson
                      United States District Judge