**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
v.                              :   CRIM. NO. 3:02CR00062(AWT)
                                :
SERGIO TORRES                   :
                                :
-------------------------------x
```

**ORDER RE DEFENDANT'S MOTION TO INFORM THE COURT**

   Defendant Sergio Torres' Motion to Inform the Court (Doc. No. 216) does not comply with this court's order of December 11, 2006. The defendant raises arguments about whether the Court of Appeals still has jurisdiction over his case. However, this court has jurisdiction unless and until the Court of Appeals issues an order to the contrary. Therefore, the defendant's Motion to Inform the Court is hereby DENIED.

   The defendant is hereby granted an extension up and until February 23, 2007 to either (1) notify the court in writing that he will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 543 U.S. 220 (2005). If the defendant files a memorandum contending that the court should have imposed a nontrivially different sentence, the government shall file a response within 21 days of the filing of the defendant's memorandum.

   It is so ordered.

   Dated this 16th day of January 2007 at Hartford, Connecticut.

                                        /s/AWT
                                   Alvin W. Thompson
                                United States District Judge