**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------x
                             :
UNITED STATES OF AMERICA      :
                             :
v.                           :    CRIM. NO. 3:02CR00062(AWT)
                             :
SERGIO TORRES                 :
                             :
-----------------------------x
```

**ORDER RE APPOINTMENT OF NEW CJA COUNSEL**

The court has received a letter from Attorney Earle Giovanniello, who was appointed by the Second Circuit to represent Sergio Torres for his appeal, requesting that he be relieved as counsel. The Second Circuit has remanded for resentencing under Crosby, and Attorney Giovanniello has informed the court that he is not on the CJA Panel for the District of Connecticut. Accordingly, Attorney Giovanniello is hereby relieved as counsel.

The Clerk shall send a copy of this order to defendant Sergio Torres at:

        Sergio Torres #14623-014
        P.O. Box 1000
        Otisville, NY 10963

The Clerk shall appoint a member of the CJA Panel for the District of Connecticut as counsel for the defendant for purposes of the matter currently pending before this court.

It is so ordered.

Dated this 18th day of January 2007 at Hartford, Connecticut.

```
                         /s/AWT
                    Alvin W. Thompson
                 United States District Judge
```