UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,          Crim.No. 3:02CR00062(AWT)

　　　v

Sergio Torres.                     January 30, 2007


Motion for Extension of Time
In Abeyance

Sergio Torres moves this motion as consequence of the latter development concerning the reasonableness check on the federal sentencing post-Booker, seeking an extension of time to file the memorandum, presently due on February 23, 2007, as ordered by this Court.

In support Torres avers that the United States Supreme Court in its opinion in Cunningham v California, 549 US ---(2007), it has indicated at the footnote 13, that the Supreme Court has granted review in two cases raising questions upon the reasonableness check of the federal sentencing post-Booker. Clairborne v United States and Rita v United States, which were granted certiorari on November 3, 2006.

Further, Torres considers that the expected rulings on aforesaid cases will clarified the standards for the reasonableness review post-Booker.    Consequently, Torres respectfully asks the Court to hold in abeyance the scheduled memorandum, matter of this motion, conditioned to the resolution

of the cited cases, since the abeyance will save time and economical resources of the Judiciary and will permit an elaboration of the "nontrivially different sentence," as ordered by the Court, under the appropriate reasonableness standards for the federal sentencing post-Booker.

Furthermore, if the Court consider that it is not necessary an abeyance, then is requested a reschedule for the filing of the defendant's memorandum.

SERGIO TORRES # 14623-014
PO BOX 1000
OTISVILLE, NY 10963

Certification of Service

This certify that on this 30th day of January of 2007, a true copy hereof was mailed to the AUSA H. Gordon Hall at 157 Church Street, New Haven, CT 06510.

SERGIO TORRES #10532-014

-2-

7003 1010 0005 0710 1866