**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             :     CRIM. NO. 3:02CR00062(AWT)
                               :
SERGIO TORRES                  :
                               :
-------------------------------x
```

**ORDER RE MOTION FOR EXTENSION OF TIME**

Defendant Sergio Torres' Motion for Extension of Time in Abeyance (Doc. No. 221) is hereby DENIED without prejudice. Now that counsel has been appointed to represent the defendant, counsel should file a motion for extension of time in which to either (1) notify the court in writing that the defendant will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 543 U.S. 220 (2005). A reasonable request for an extension of time will be granted.

It is so ordered.

Dated this 8th day of February 2007 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge