UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | 3:02CR00062(AWT) |
| | : | |
| vs. | : | |
| | : | |
| SERGIO TORRES | : | FEBRUARY 14, 2007 |

**DEFENDANT SERGIO TORRES'**
**MOTION TO EXTEND DEADLINE REGARDING RESENTENCING**

The Defendant, SERGIO TORRES, acting by his undersigned counsel, respectfully requests that the Court extend by 45 days, from February 23, 2007 to **April 9, 2007**, the deadline by which he may inform the Court regarding his intentions concerning resentencing. The basis for this request is as follows:

1. On January 30, 2007, the undersigned was appointed as CJA counsel for Mr. Torres.

2. The bulk of the record regarding this matter has been sent to the Second Circuit Court of Appeals in connection with Mr. Torres' recent appeal.

3. Mr. Torres is incarcerated in Otisville, New York.

4. The Court has issued an Order, dated January 16, 2007, allowing Mr. Torres until February 23, 2007, to inform the Court whether he will seek resentencing.

5. Prior to the appointment of the undersigned counsel, Mr. Torres sought, on his own, to have this matter held in abeyance, pending resolution of several cases pending at the Supreme Court.

6. In order to properly advise Mr. Torres regarding his options, defense counsel needs additional time to obtain the record and meet with Mr. Torres.

7. This is the first request by the undersigned for an extension of the sentencing in this matter. On February 12, 2007, Assistant United States Attorney Gordon Hall indicated that he had no objection to this request.

WHEREFORE, defendant SERGIO TORRES respectfully requests that the Court grant this request for a 45 day extension of his deadline to inform the Court regarding his intentions concerning resentencing.

THE DEFENDANT,
SERGIO TORRES

BY /S/

JAMES N. TALLBERG
Federal Bar No.: ct17849
Karsten, Dorman
& Tallberg, LLC
8 Lowell Road
West Hartford, CT 06119
Tel. 860-233-5600
Fax 860-233-5800
jtallberg@karstendorman.com

**CERTIFICATION**

I hereby certify that on February 14, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/S/
James N. Tallberg