UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             :    CRIM. NO. 3:02CR00062(AWT)
                               :
SERGIO TORRES                  :
                               :
-------------------------------x
```

**ORDER RE MOTION FOR EXTENSION OF TIME**

Defendant Sergio Torres' Motion to Extend Deadline Regarding Resentencing (Doc. No. 223) is hereby GRANTED. By April 9, 2007, the defendant shall either (1) notify the court in writing that he will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 543 U.S. 220 (2005). If the defendant files a memorandum contending that the court should have imposed a nontrivially different sentence, the government shall file a response within 21 days of the filing of the defendant's memorandum.

It is so ordered.

Dated this 26th day of February 2007 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge