```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :    CRIMINAL NO.:
                                :    3:02CR00062(AWT)
                                :
vs.                             :
                                :
SERGIO TORRES                   :    APRIL 5, 2007
```

### DEFENDANT SERGIO TORRES' MOTION TO EXTEND DEADLINE REGARDING RESENTENCING

The Defendant, SERGIO TORRES, acting by his undersigned counsel, respectfully requests that the Court extend by 60 days, from April 9, 2007 to **June 8, 2007,** the deadline by which he may inform the Court regarding his intentions concerning resentencing. The basis for this request is as follows:

1. On January 30, 2007, the undersigned was appointed as CJA counsel for Mr. Torres.

2. The undersigned is the second CJA attorney appointed to represent Mr. Torres regarding this matter, following retained counsel.

3. Mr. Torres is incarcerated in Otisville, New York, approximately 125 miles from the undersigned's office in West Hartford, Connecticut.

4.   Due to Mr. Torres's incarceration at a remote location, it is difficult to counsel him regarding his options.

5.   The undersigned recently met with Mr. Torres at Otisville, but requires additional time to investigate this matter, review the record, and counsel Mr. Torres regarding his options.

6.   The undersigned has not yet obtained Mr. Torres's complete file and has not been provided with any of the discovery in this case.  Discussions have taken place with the Government about production of discovery and the parties are trying to resolve this issue.

7.   In order to properly advise Mr. Torres regarding his options, defense counsel needs additional time to obtain the record, discovery, and counsel Mr. Torres.

8.   This is the second request by the undersigned for an extension of the sentencing in this matter.  On April 4, 2007, the undersigned discussed this request with Assistant United States Attorney Gordon Hall, who indicated that he has no objection to this request.

WHEREFORE, defendant SERGIO TORRES respectfully requests that the Court grant this request for a 60 day extension of his deadline to inform the Court regarding his intentions concerning resentencing.

```
                                THE DEFENDANT,
                                SERGIO TORRES

                           BY    /S/
                                JAMES N. TALLBERG
                                Federal Bar No.: ct17849
                                Karsten, Dorman
                                 & Tallberg, LLC
                                8 Lowell Road
                                West Hartford, CT 06119
                                Tel. 860-233-5600
                                Fax 860-233-5800
                                jtallberg@karstendorman.com
```

**CERTIFICATION**

I hereby certify that on April 5, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

```
                                  /S/
                                James N. Tallberg
```