```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :    CRIMINAL NO.:
                               :    3:02CR00062(AWT)
                               :
vs.                            :
                               :
SERGIO TORRES                  :    JUNE 1, 2007
```

## DEFENDANT SERGIO TORRES' MOTION TO EXTEND DEADLINE REGARDING RESENTENCING

The Defendant, SERGIO TORRES, acting by his undersigned counsel, respectfully requests that the Court extend by 60 days, from June 8, 2007 to **August 9, 2007**, the deadline by which he may inform the Court regarding his intentions concerning resentencing. The basis for this request is as follows:

    1.  On January 30, 2007, the undersigned was appointed as CJA counsel for Mr. Torres.

    2.  The undersigned is the second CJA attorney appointed to represent Mr. Torres regarding this matter, following retained counsel.

    3.  The events at issue in this case occurred almost seven years ago and the undersigned was not provided any discovery from Mr. Torres' prior counsel.

4. The undersigned recently reviewed the paper files maintained by the Government regarding this case and was provided a limited number of transcripts and reports in response to the defendants' discovery request.

5. The Government's records regarding this matter are not stored electronically and are not easily reproduced. Arrangements are being made to copy additional records maintained by the Government concerning this matter.

6. In addition, Mr. Torres is incarcerated in Otisville, New York, approximately 125 miles from the undersigned's office in West Hartford, Connecticut.

7. Due to Mr. Torres's incarceration at a remote location, it is difficult to counsel him regarding his options.

8. The undersigned has met with Mr. Torres at Otisville, but requires additional time to investigate this matter, review the record, and counsel Mr. Torres regarding his options.

9. In order to properly advise Mr. Torres regarding his options, defense counsel needs additional time to obtain and review the Government's discovery, and counsel Mr. Torres.

10. This is the third request by the undersigned for an extension of the sentencing in this matter. On May 29, 2007, the undersigned discussed this request with Assistant United States Attorney Gordon Hall, who indicated that he has no objection to this request.

WHEREFORE, defendant SERGIO TORRES respectfully requests that the Court grant this request for a 60 day extension of his deadline to inform the Court regarding his intentions concerning resentencing.

```
                                    THE DEFENDANT,
                                    SERGIO TORRES

                              BY     /S/
                                    JAMES N. TALLBERG
                                    Federal Bar No.: ct17849
                                    Karsten, Dorman
                                     & Tallberg, LLC
                                    8 Lowell Road
                                    West Hartford, CT 06119
                                    Tel. 860-233-5600
                                    Fax 860-233-5800
                                    jtallberg@karstendorman.com
```

**CERTIFICATION**

I hereby certify that on June 1, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                                                   /S/_____
                                                                         James N. Tallberg