## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             :    CRIM. NO. 3:02CR00062(AWT)
                               :
SERGIO TORRES                  :
                               :
-------------------------------x
```

### ORDER RE MOTION FOR EXTENSION OF TIME

Defendant Sergio Torres' Motion to Extend Deadline Regarding Resentencing (Doc. No. 232) is hereby GRANTED to and including August 9, 2007.

By August 9, 2007, counsel shall either (1) notify the court in writing that the defendant will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 543 U.S. 220 (2005).

It is so ordered.

Dated this 6th day of June 2007 at Hartford, Connecticut.

>                   /s/AWT
>                Alvin W. Thompson
>          United States District Judge