```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :   CRIMINAL NO.:
                               :   3:02CR00062(AWT)
                               :
vs.                            :
                               :
SERGIO TORRES                  :   OCTOBER 3, 2007
```

### DEFENDANT SERGIO TORRES' MOTION TO EXTEND DEADLINE REGARDING RESENTENCING

The Defendant, SERGIO TORRES, acting by his undersigned counsel, respectfully requests that the Court extend by 14 days, from October 9, 2007 to **October 23, 2007,** the deadline by which he may inform the Court regarding his intentions concerning resentencing. The basis for this request is as follows:

1. Mr. Torres is incarcerated in Otisville, New York, approximately 125 miles from the undersigned's office in West Hartford, Connecticut, making client communication extremely difficult.

2. The undersigned has met with Mr. Torres at Otisville, twice, and has communicated with him via telephone and mail, yet it is difficult to counsel Mr. Torres under these circumstances.

3. In order to properly represent Mr. Torres, the undersigned needs additional time to counsel Mr. Torres.

4. This is the fifth request by the undersigned for an extension regarding this matter and it is expected to be the last such request. On October 2, 2007, the undersigned conferred with Assistant United States Attorney Gordon Hall, who indicated that he has no objection to this request.

WHEREFORE, defendant SERGIO TORRES respectfully requests that the Court grant this request for a 14 day extension of his deadline to inform the Court regarding his intentions concerning resentencing.

```
                              THE DEFENDANT,
                              SERGIO TORRES

                          BY      /S/
                              JAMES N. TALLBERG
                              Federal Bar No.: ct17849
                              Karsten, Dorman
                               & Tallberg, LLC
                              8 Lowell Road
                              West Hartford, CT 06119
                              Tel. 860-233-5600
                              Fax 860-233-5800
                              jtallberg@kdtlaw.com
```

**CERTIFICATION**

I hereby certify that on October 3, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                              __/S/_____
                                              James N. Tallberg