```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :    CRIMINAL NO.:
                              :    3:02CR00062(AWT)
                              :
vs.                           :
                              :
SERGIO TORRES                 :    OCTOBER 18, 2007
```

## DEFENDANT SERGIO TORRES' MOTION TO EXTEND DEADLINE REGARDING RESENTENCING

The Defendant, SERGIO TORRES, acting by his undersigned counsel, respectfully requests that the Court extend by 30 days, from October 23, 2007 to **November 22, 2007,** the deadline by which he may inform the Court regarding his intentions concerning resentencing. The basis for this request is as follows:

1. The undersigned has counseled Mr. Torres regarding the advantages, and potential disadvantages, regarding seeking resentencing in this case.

2. Mr. Torres has indicated that he may not seek resentencing and Mr. Torres, not counsel, has requested that the Court postpone by an additional 30 days the deadline by which Mr. Torres must inform the Court regarding whether he will seek resentencing.

3.   There will be no prejudice to the Government by the proposed extension of time, which may result in a final disposition of this matter.

4.   This is the sixth request by the undersigned for an extension regarding this matter.  On October 18, 2007, Assistant United States Attorney Gordon Hall indicated that the Government does not object to this request.

WHEREFORE, defendant SERGIO TORRES respectfully requests that the Court grant this request for a 30 day extension of his deadline to inform the Court regarding his intentions concerning resentencing.

```
                                    THE DEFENDANT,
                                    SERGIO TORRES

                                 BY     /S/
                                    JAMES N. TALLBERG
                                    Federal Bar No.: ct17849
                                    Karsten, Dorman
                                     & Tallberg, LLC
                                    8 Lowell Road
                                    West Hartford, CT 06119
                                    Tel. 860-233-5600
                                    Fax 860-233-5800
                                    jtallberg@kdtlaw.com
```

**CERTIFICATION**

I hereby certify that on October 18, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                            __/S/_____
                                            James N. Tallberg