```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :   CRIMINAL NO.:
                               :   3:02CR00062(AWT)
                               :
vs.                            :
                               :
SERGIO TORRES                  :   JANUARY 25, 2008
```

### ATTORNEY JAMES N. TALLBERG'S MOTION TO WITHDRAW AS CJA COUNSEL FOR DEFENDANT SERGIO TORRES

The undersigned, JAMES N. TALLBERG, respectfully moves to withdraw as CJA Counsel for defendant Sergio Torres. The basis for this Motion is as follows:

1. On or about January 30, 2007, the undersigned was appointed as CJA Counsel to represent Mr. Torres regarding his potential request for resentencing under Crosby.

2. The issues concerning Mr. Torres' request for resentencing under Crosby have been fully briefed by the undersigned in a Memorandum in Support of Resentencing, filed on November 21, 2007.

3. The undersigned has had numerous telephone conferences and written communications with Mr. Torres and has met with Mr.

Torres twice at Otisville FCI, in Otisville, New York, where Mr. Torres is incarcerated. The undersigned has developed what he considers to be a good and professional working relationship with Mr. Torres.

 4. Despite the foregoing, Mr. Torres has indicated that he has consulted with other lawyers, and non-lawyers, who disagree with the undersigned's legal advice and conclusions.

 5. Mr. Torres has also indicated that he wishes to pursue a legal strategy that the undersigned finds imprudent. As a result, Mr. Torres has requested that the undersigned seek to withdraw from representing him.

 6. The undersigned has considered his obligations under the Rules of Professional Conduct and has tried to resolve this disagreement with Mr. Torres, to no avail.

 7. Pursuant to Rule 1.16 of the Rules of Professional Conduct, because Mr. Torres has insisted upon pursuing a strategy with which the undersigned has a fundamental disagreement, the undersigned respectfully requests that the Court allow his withdrawal from representing Mr. Torres.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion and permit counsel to withdraw from further representing Mr. Torres.

<pre>
                              BY     /S/
                                 JAMES N. TALLBERG
                                 Federal Bar No.: ct17849
                                 Karsten, Dorman
                                  & Tallberg, LLC
                                 8 Lowell Road
                                 West Hartford, CT 06119
                                 Tel. 860-233-5600
                                 Fax 860-233-5800
                                 jtallberg@kdtlaw.com
</pre>

**<u>CERTIFICATION</u>**

I hereby certify that on January 25, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

<pre>
                                 __/S/_____
                                 James N. Tallberg
</pre>